# HYDERALLY
## & ASSOCIATES P.C.

| | | |
|---|---|---|
| Ty Hyderally, Esq. | 96 PARK STREET | NEW YORK ADDRESS |
| Francine Foner, Esq. | MONTCLAIR, NJ 07042 | 274 MADISON AVENUE, SUITE 1601 |
| Jennifer Vorih, Esq. | (973) 509-0050 | NEW YORK, NY 10016-0701 |
| Jonathan Minkove, Esq. | (973) 509-7090 | (212) 532-0626 |
| | | (212) 532-9627 |
| Brandon Sipple | | MEMBER OF NEW JERSEY BAR |
| | | MEMBER OF NEW YORK BAR |
| | REPLY TO MONTCLAIR | MEMBER OF MARYLAND BAR |
| OF COUNSEL | | MEMBER OF CALIFORNIA BAR |
| Edward F. Westfield, Esq. | | MEMBER OF NEW YORK SOUTHERN DISTRICT BAR |
| | | MEMBER OF NEW YORK EASTERN DISTRICT BAR |

Writer's Ext. 150

ff@employmentlit.com

October 29, 2009

**VIA FACSIMILE AND E-FILING**
The Honorable Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room E
Trenton, NJ 08608

Re:   **Reynolds v. Department of the Army, et al.**
      **Cased Number 3:08 – CV - 2944 (FLW)**
      **Our File No.: 4321**

Dear Judge Wolfson:

This will confirm that Your Honor has granted Plaintiff leave to file a Surreply in further opposition to Defendant's Motion for Summary Judgment, with a 3-page limit, which shall be filed by Tuesday, November 3, 2009.

We thank Your Honor for your courtesies.

                              Respectfully yours,
                              HYDERALLY & ASSOCIATES, PC

                              *Francine Foner*
                              FRANCINE FONER, ESQ.
                              *for the Firm*

FF
cc: Mark C. Orlowski, United States Attorney's Office via e-filing and regular mail
L:\1Law Offices of Ty Hyderally\Reynolds Raymond\Correspondence\Judge Wolfson.102909.doc